FILED

08/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0673

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0673

_____

CASCADE COUNTY,

      Plaintiff and Appellant,

   v.

MONTANA PETROLEUM TANK
RELEASE COMPENSATION BOARD,

      Defendant, Appellee,
      and Cross Appellant.

          O R D E R

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 25, 2020, within which to file Appellant's reply and answer to cross-appeal brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2020